## United States District Court
### District of Minnesota

| | |
|---|---|
| Andrew Horowitz,<br><br>Plaintiff,<br><br>v.<br><br>American Coradius International LLC,<br><br>Defendant. | Court file no. 14-cv-4420 (PAM/JSM)<br><br>**Stipulation to Dismiss with Prejudice** |

The parties hereby stipulate and agree, by and through their attorneys, that Plaintiff's claims against Defendant may be dismissed with prejudice, without additional costs, disbursements, or attorney fees to any party.

| **Attorney for Plaintiff:** | **Attorney for Defendant**: |
|---|---|
| s/Randall P. Ryder | s/Thomas H. Schaefer |
| Randall P. Ryder (#389957) | Thomas H. Schaefer (#231587) |
| **The Ryder Law Firm, LLC** | **Erstad & Riemer, P.A.** |
| 2701 University Ave. SE, Suite 209 | 8009 34th Avenue South, #200 |
| Minneapolis, MN 55414 | Minneapolis, MN 55425 |
| | |
| phone • 612.424.3770 | phone • 952.837.3250 |
| fax • 612.605.3270 | fax • 952.767.7050 |
| e-mail • randall@theryderlawfirm.com | e-mail • tschaefer@erstad.com |