UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andrew Horowitz,                                    Case No. 14-cv-4420 (PAM/JSM)

                    Plaintiff,

v.                                                                          **ORDER**

American Coradius International LLC,

                    Defendant.

_____

 This matter is before the Court on the parties' Stipulation of Dismissal (Docket No. 9).  Accordingly, **IT IS HEREBY ORDERED** that the Complaint (Docket No. 1) is **DISMISSED** with prejudice and without costs, disbursements, or attorney's fees to any party.

Dated:  December 23, 2014

          *s/ Paul A. Magnuson*
          PAUL A. MAGNUSON
          United States District Judge